UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
DOCKET NO. 1:19-cv-00329-FDW

| | |
|---|---|
| ISAAC CLAY, | ) |
| Plaintiff, | ) |
| vs. | ) |
| | ) ORDER |
| ANDREW SAUL, Commissioner of Social Security Administration | ) |
| Defendant. | ) |

THIS MATTER is before the Defendant's Consent Motion for Entry of Judgment with Remand Under Sentence Four of 42 U.S.C. § 405(g) (Doc. No. 11), Plaintiff's consent to that motion, and the entire record in this case, the motion is GRANTED.

IT IS hereby ORDERED, that the final decision of the Commissioner is reversed and that this matter is hereby remanded to the Commissioner for further proceedings, pursuant to sentence four of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g). The Clerk is respectfully directed to CLOSE THE CASE and terminate all pending motions.

IT IS SO ORDERED.

Signed: May 18, 2020

Frank D. Whitney
Chief United States District Judge